# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MANUEL VIGUERAS, on behalf of himself individually and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>RED ROBIN INTERNATIONAL, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RED ROBIN BURGER SPIRITS EMPORIUMS, a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No:  8:17-cv-01422-JVS (DFMx)<br>Assigned for All Purposes to:<br>Hon. James V. Selna<br>Courtroom: 10C<br><br>(Formerly Orange Cty. Sup. Ct. Case No. 30-2017-00931770-CU-OE-CXC)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |

# **ORDER**

The Court, having reviewed the Parties' Joint Stipulation To Continue Status Conference, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Status Conference, currently set for May 4, 2020 at 11:00 a.m., is hereby continued to June 22, 2020 at 11:00 a.m.

IT IS SO ORDERED.

DATED: April 29, 2020

*/s/ James V. Selna*
Hon. James V. Selna
United States District Court Judge