James R. Hawkins (SBN 192925)
 james@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
 christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
 mitchell@jameashawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel: (949) 387-7200
Fax: (949) 387-6676

Attorneys for Plaintiffs MANUEL VIGUERAS and GENNY VASQUEZ, on behalf of themselves and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MANUEL VIGUERAS, on behalf of himself individually and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RED ROBIN BURGER SPIRITS EMPORIUMS, a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No: 8:17-cv-01422-JVS (DFMx)<br><br>[Originally Orange County Superior Court Case No.: 30-2017-00931770-CU-OE-CXC]<br><br>Assigned to Hon. James V. Selna<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Hearing Date: July 20, 2020<br>Hearing Time: 11:00 a.m.<br>Courtroom: 10C<br><br>Complaint Filed: July 14, 2017<br>Trial Date: February 25, 2020 |

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

**TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on July 20, 2020 at 1:30 p.m. before the Honorable James V. Selna in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiffs MANUEL VIGUERAS and GENNY VASQUEZ ("Plaintiffs"), on behalf of themselves and all others similarly situated, will, and hereby do, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the proposed settlement set forth in the Joint Stipulation of Class and Representative Action Settlement ("Settlement Agreement") attached as Exhibit 1 to the Declaration of Christina M. Lucio;

2) Granting the filing of the Consolidated Amended Complaint attached as Exhibit A to the Settlement Agreement as stipulated by the Parties;

3) Approving the Notice Packet attached as Exhibits B, C, and D to the Settlement Agreement, to be sent to the Settlement Class which will advise them of the pendency and nature of the actions, the proposed Settlement, the schedule and procedure for participating in the Settlement, the claims to be released, the schedule and procedure for filing requests for exclusion from the Settlement or objections to the Settlement, if any, and of the final approval hearing date.

4) Setting a Final Fairness Hearing to consider Final Approval of the proposed Settlement; and

5) Setting a hearing date and briefing schedule to consider Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and Class Representatives Enhancement Payments, to be held concurrently with the Final Fairness Hearing.

This motion is made on the grounds that Plaintiffs and Defendant RED ROBIN INTERNATIONAL, INC. have reached a proposed settlement which they believe to be fair, reasonable and adequate and in the best interests of the Settlement Class and the Parties.

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT
1

This motion is based on this Notice Motion, Memorandum of Points and Authorities in Support thereof, Declaration of James R. Hawkins, Declaration of Christina M. Lucio, the Settlement Agreement and its exhibits, and the Proposed Order Granting Preliminary Approval of the Class and Representative Action Settlement, filed and served herewith and any other documents or evidence which the Court may consider to rule on this motion

                Respectfully submitted,

Dated: June 19, 2020     **JAMES HAWKINS APLC**

By:  /s/Christina M. Lucio
       James R. Hawkins, Esq.
       Christina M. Lucio, Esq.
       Mitchell J. Murray, Esq.

Attorneys for Plaintiffs and the Class