James R. Hawkins (SBN 192925)
    james@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
    christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
    mitchell@jameashawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel: (949) 387-7200
Fax: (949) 387-6676

Attorneys for Plaintiffs MANUEL VIGUERAS and GENNY VASQUEZ, on behalf of themselves and all others similarly situated

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MANUEL VIGUERAS, on behalf of himself individually and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS RED ROBIN BURGER SPIRITS EMPORIUMS, a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No: 8:17-cv-01422-JVS (DFMx)<br><br>[Originally Orange County Superior Court Case No.: 30-2017-00931770-CU-OE-CXC]<br><br>Assigned to Hon. James V. Selna<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date: November 30, 2020<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: Hon. James V. Selna<br><br>Action Filed: July 14, 2017<br>Trial Date: February 25, 2020 |

**TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 30, 2020 at 1:30 p.m. before the Honorable James V. Selna in Courtroom 10C of the United States District Court – Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiffs Manuel Vigueras and Genny Vasquez (referred to together as "Plaintiffs"), on behalf of themselves and the Settlement Class, will, and hereby do, move this Court for an Order which has the effect of doing the following:

1. finally adjudicate the Settlement as fair, adequate, and reasonable;
2. direct distribution of the Settlement benefits by the Settlement Administrator to all Participating Class Members in accordance with the Settlement Agreement;
3. enter final approval and judgment substantially in the form of the proposed order submitted herewith; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, and administering the Settlement.

This Motion for Final Approval is made on the grounds that the proposed Settlement, which was preliminarily approved by this Court on July 22, 2020 (Dkt. No. 176) is the product of arm's length, good faith negotiations, and is fair, reasonable, and adequate to the Settlement Class who have embraced the Settlement with a return of zero objections and only nine requests for exclusion. The proposed Settlement should now be finally approved, as more fully discussed in the accompanying Memorandum of Points and Authorities in Support of Final Approval of Class and Representative Action Settlement.

This Motion is based upon the Notice of Motion, the attachment Memorandum of Points and Authorities, the declarations of Class Counsel James R. Hawkins, the Declaration of Nathalie Hernandez, on behalf of ILYM Group, Inc.,

the appointed Settlement Administrator, the Joint Stipulation of Class and Representative Action Settlement [Dkt. No. 174-2, Ex. 1], the Order Granting Preliminary Approval [Dkt. No. 176], and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

                                      Respectfully submitted,

Dated: November 2, 2020      **JAMES R. HAWKINS, APLC**

                                    By:    /s/Mitchell J. Murray
                                                James R. Hawkins, Esq.
                                                Christina M. Lucio, Esq.
                                                Mitchell J. Murray, Esq.

                                                Attorneys for Plaintiffs and the Settlement Class